467 A.2d 55

Commonwealth v. O'Neil, Appellant.

Petition for Allowance of Appeal
Denied Feb. 1, 1984.

Submitted May 12, 1983. Charles P. Mirarchi, III, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.